VERONICA PELLETIER *v.* WILLIAM GALSKE III

The plaintiff's petition for certification for appeal from the Appellate Court, 105 Conn. App. 77 (AC 28212), is denied.

*Thomas P. Willcutts*, in support of the petition.

*Christopher L. Brigham* and *Jody N. Cappello*, in opposition.

Decided February 14, 2008

STATE OF CONNECTICUT *v.* JEROME RICE

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 103 (AC 28465), is denied.

*Mary Anne Royle*, in support of the petition.

*Michele C. Lukban*, senior assistant state's attorney, in opposition.

Decided February 14, 2008